| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, AZ State Bar No. 27180 |
| | THE LAW OFFICES OF MICHELLE GHIDOTTI |
| 2 | 1920 Old Tustin Ave. |
| | Santa Ana, CA 92705 |
| 3 | Phone: 949-427-2010 |
| | Facsimile: 949-427-2732 |
| 4 | Email: mghidotti@ghidottilaw.com |

Attorneys for Creditor
U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust its Successors and Assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA – PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 2:13-bk-11344-BKM |
| | ) | |
| Shawn C. Dorman and Tawnna R. Dorman, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | ) | |
| | ) | Re: Real Property Located at 18645 W. Onyx Ave., Waddell, AZ 85355 |
| U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust its Successors and Assigns, | ) ) ) | |
| Movant, | ) | |
| Shawn C. Dorman and Tawnna R. Dorman, | ) | |
| Respondent. | ) | |

**NOTICE IS GIVEN** that the undersigned attorney represents U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust its Successors and Assigns ("Movant") and has filed a motion requesting relief from the automatic stay the details of which are as follows: Movant is the present owner and holder of a Note, made, executed and delivered by Debtors on February 15, 2007, in the original principal amount of $298,900.00 (the "**Note**"), which is secured by a Deed of Trust recorded in the Office of the Maricopa County Recorder on February 27, 2007 as Document No.: 20070235730 (the "**Deed of Trust**"). The Deed of Trust

encumbers the real property located at 18645 W. Onyx Ave., Waddell, AZ 85355 (the "**Property**") which is legally described as:

> LOT 412, CORTESSA, ACCORDING TO BOOK 730 MAPS, PAGE 11, RECORDS OF MARICOPA COUNTY, ARIZONA

For further particulars, please see the Motion on file with the clerk of the U.S. Bankruptcy Court in Arizona. General questions regarding this bankruptcy case should be addressed to the attorney for the DEBTORS, if any, at the address listed on the bankruptcy petition filed with the clerk of the U.S. Bankruptcy Court in Arizona. Do not direct general inquiries to our office.

**FURTHER, NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001 if no written objection is filed with the Court and a copy served on the attorney for Movant whose address is shown at the upper left corner of this document **WITHIN 14 DAYS** of service of the motion, the motion for relief from the automatic stay may be granted without further notice or hearing. Only those parties filing objections will receive notice of any hearings on this matter.

Respectfully submitted this 30th day of May, 2018.

LAW OFFICES OF MICHELLE GHIDOTTI

BY: /S/ Michelle R. Ghidotti-Gonsalves
Michelle Ghidotti-Gonsalves, Esq (27180)
1920 Old Tustin Ave.
Santa Ana, CA 92705
Attorneys for U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust its Successors and Assigns